December 29, 1972.

M. P. No. 1982. JOSEPH E. AUGE *v.* ARTHUR ANDERSON *et al. Members of Town Council of Coventry et al.* Petition for writ of quo warranto granted. Order entered December 15, 1972

960

staying all proceedings by Coventry Town Council and by Lawrence H. Nagel and allowing petitioner to remain as building inspector pending determination by the court on the issuance of the writ is vacated. *Richard R. DelSesto,* for petitioner. *Frank J. Williams,* Town Solicitor, for respondents.